LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Lawrence Girtley ) | Case No: 03-257 |
| ) | USM No: 28743-034 |
| Date of Previous Judgment: 12/08/2004 ) | Walter Keith Hurtt, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months _____ **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29            Amended Offense Level: 27
Criminal History Category: III        Criminal History Category: III
Previous Guideline Range: 120 to 135 months    Amended Guideline Range: 120 to --- months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
   Due to a mandatory minimum sentence of 120 months, the Defendant is ineligible for a reduction in sentence.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 12/08/2004 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/29/2008                    _____
                                           Judge's signature

Effective Date: 04/29/2008                Hon. Stanwood R. Duval, Jr., U.S. District Judge
(if different from order date)             Printed name and title